**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10138 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-00942-CKJ |
| v. | |
| BANNER NARVAEZ, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Cindy K. Jorgenson, District Judge, Presiding

Submitted July 12, 2011**

Before:   SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

Banner Narvaez appeals from the 45-month sentence imposed following his

guilty-plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326.

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Narvaez contends that his sentence was substantively unreasonable.  The

---

   *      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   **      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

below-Guidelines sentence imposed was reasonable in light of the 18 U.S.C.

§ 3553(a) factors and the totality of the circumstances, *see United States v. Carty*,

520 F.3d 984, 993 (9th Cir. 2008) (en banc), and the district court's conclusion that

the age and circumstances of Narvaez's 2001 firearms conviction, when measured

against its seriousness, warranted a variance of only six months was consistent

with this court's decision in *United States v. Amezcua-Vasquez*, 567 F.3d 1050,

1055-56 (9th Cir. 2009).

**AFFIRMED.**